UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRANCE JOE QUINLAN,<br><br>      Petitioner,<br> v.<br><br>ROBERT FERGUSON,<br><br>      Respondent. | CASE NO. 2:22-cv-01709-JCC-GJL<br><br>ORDER DIRECTING STATUS REPORT |

  The District Court has referred this action to United States Magistrate Judge Grady J. Leupold. Petitioner Terrance Joe Quinlan, proceeding *pro se*, filed a federal habeas petition pursuant to 28 U.S.C. § 2254, seeking relief from a state court conviction.

  On January 11, 2023, the Court issued an Order staying the case while Petitioner completed his relevant state court proceedings. Dkt. 16. In that Order, the Court also directed Petitioner to file a status report every 90 days informing the Court of the status of Petitioner's state court proceedings. *See id*. In his latest status report, filed on October 7, 2023, Petitioner informed the Court that his state court proceedings remain pending. *See* Dkt. 25.

ORDER DIRECTING STATUS REPORT - 1

Petitioner has not filed a status report since that October 7, 2023, report. *See* Dkt. In order to keep the Court informed of Petitioner's state court proceedings, the Court now **ORDERS** Respondent to file a report every 90 days informing the Court of the status of Petitioner's state court proceedings. The first status report is due on or before **March 15, 2024**, and shall include the state court cause number(s). If the state court dismisses or resolves Petitioner's state court proceedings, the parties are directed to inform the Court and file a motion to lift the stay within 30 days of the state court taking action. Respondent's answer shall be filed 45 days after the stay is lifted.

Dated this 16th day of February, 2024.

Grady J. Leupold
United States Magistrate Judge