THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRANCE JOE QUINLAN, | CASE NO. C22-1709-JCC-GJL |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| ROBERT FERGUSON, | |
| Respondent. | |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge (Dkt. No. 31), the remaining record, and there being no timely objection, does hereby find and ORDER:

(1) The Court ADOPTS the R&R.

(2) Petitioner's unopposed Motion to withdraw his federal habeas petition (Dkt. No. 29) is GRANTED and this case is DISMISSED without prejudice.

(3) A certificate of appealability shall not issue in this case.

(4) The Clerk is DIRECTED to send copies of this Order to Petitioner, counsel for Respondent, and to the Honorable Grady J. Leupold.

//
//
//

1    DATED this 11th day September 2024.

_____

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
C22-1709-JCC-GJL
PAGE - 2